

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00154-CV

## IN RE MIRNA NOHEMY FLORES

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed July 8, 2009
[OT06]